BastPROB 12A
(6/16)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2022

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Jesus Alberto Perez                           Case Number: 0980 4:22CR06008-SAB-1

Name of Sentencing Judicial Officer: The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 17, 1999                      Type of Supervision: Supervised Release

Original Offense:
Ct. 1: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(l) and 846
Ct. 2: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(l) and (2)
Cts. 12, 13, and 14: Laundering of Monetary Instruments, 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2

Date Supervision Commenced: December 23, 2021

Original Sentence: Prison 360 Months, TSR 60 Months           Date Supervision Expires: December 22, 2026

Amended Sentence: Prison 324 Months, TSR 60 Months
(August 5, 2015)

---

## NONCOMPLIANCE SUMMARY

On December 23, 2021, Mr. Perez released to the Eastern District of Washington after having served his prison sentence to reside with family and began his term of supervised release. All the conditions of supervised release were reviewed with Mr. Perez on December 27, 2021, which he verbalized a full understanding and signed a copy of his conditions. Mr. Perez was provided with a signed copy of his conditions of supervision. Mr. Perez was referred to Merit Resource Services (Merit) for substance abuse treatment and to participate on the color line program for random drug testing.

On February 16, 2022, transfer of jurisdiction from the District of Montana to the Eastern District of Washington was completed.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: You shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. |
| | **Supporting Evidence**: Mr. Perez is considered to be in violation of his term of supervised release by having used a controlled substance, cocaine, on or about August 18, 2022. |

Prob12A
**Re: Perez, Jesus Alberto**
**October 13, 2022**
**Page 2**

On August 18, 2022, Mr. Perez completed a drug test at Merit as required. This drug test was presumptive positive for cocaine and Mr. Perez denied any drug use. Merit staff sent this drug test to Abbott Laboratory for confirmation. The drug report was later received confirming a positive result for cocaine. The undersigned officer questioned Mr. Perez again and he continued to deny any drug use. Mr. Perez later admitted to having used cocaine with family members who were visiting from California.

2    **Standard Condition # 2:** You shall report to the probation office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Mr. Perez is considered to be in violation of his term of supervised release by failing to report to the probation officer as instructed on or about August 29, 2022, by 3:30 p.m.

On August 29, 2022, the undersigned officer made telephonic contact with Mr. Perez and instructed him to report to the probation office on that same date at 3:30 p.m. Mr. Perez reported he was in Spokane, Washington, shopping with his girlfriend, but he would return by 3 p.m. so he could report by 3:30 p.m. as instructed. Mr. Perez failed to report as instructed.

**U.S. Probation Officer Action**:

Mr. Perez is enrolled in outpatient substance treatment at Merit and his treatment plan was modified due to his drug use as noted above, requiring him to participate in a Moral Reconation Therapy (MRT) class. Mr. Perez has maintained stable housing and is reporting to the probation office as instructed.

At this time, it is respectfully recommended no action to be taken for the aforementioned violations as Mr. Perez has been placed on increased reporting to the probation office, to include increased drug testing. To date, Mr. Perez has maintained full compliance with his substance abuse treatment plan and drug tests have been negative. Additionally, Mr. Perez has re-engaged in mental health services with Riverview Counseling and Consulting to help address the underlying issues of his drug use.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:    October 13, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12A
**Re: Perez, Jesus Alberto**
**October 13, 2022**
**Page 3**

[X]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

*Signature*

Signature of Judicial Officer

10/13/2022

Date