PROB 12C
(6/16)

Report Date: February 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 16, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Alberto Perez   Case Number: 0980 4:22CR06008-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮, Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 17, 1999

| | |
|---|---|
| Original Offense: | Ct. 1: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841 (a)(1) and 846<br>Ct. 2: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (2)<br>Cts. 12, 13, and 14: Laundering of Monetary Instruments, 18 U.S.C. §§ 1956(a)(1)(A)(1) and 2 |
| Original Sentence: | Prison - 360 months<br>TSR - 60 months |
| Amended Sentence (August 5, 2015) | Prison-324 months<br>TSR-60 months |

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: | December 23, 2021 |
| Defense Attorney: | To be assigned | Date Supervision Expires: | December 22, 2026 |

Type of Supervision: Supervised Release

---

### PETITIONING THE COURT

To issue a **warrant**, and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/23/2023.

On December 27, 2021, all the conditions of supervised release were reviewed with Mr. Perez. The defendant verbalized a full understanding of all his supervision conditions and signed a copy of said conditions. Mr. Perez was referred to Merit Resource Services (Merit) for substance abuse treatment and for drug testing.

On February 16, 2022, transfer of jurisdiction from the District of Montana to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 1:** Defendant shall participate in a program of testing and treatment for substance abuse as deemed necessary by the U.S. Probation Office. |

Prob12C
**Re: Perez, Jesus Alberto**
**February 15, 2023**
**Page 2**

|   |   |
|---|---|
| | **Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by failing to comply with outpatient substance abuse treatment on or before February 10, 2023. |
| | On February 10, 2023, Merit staff reported Mr. Perez was in noncompliance with his substance abuse treatment plan as Mr. Perez failed to attend several scheduled treatment sessions. Mr. Perez was placed on a behavioral contract. |
| 4 | **Special Condition # 6:** Defendant shall not consume or possess alcohol and shall not enter establishments where alcohol is the primary item of sale. |
| | **Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by consuming alcohol on or before February 10, 2023. |
| | On February 10, 2023, Merit counselor, Victor Hunt, called the undersigned officer and advised Mr. Perez was with him and this officer was on speaker phone. They were calling to report that a drug test was collected from Mr. Perez on that same date and this drug test was presumptive positive for alcohol. Mr. Perez admitted to Merit staff having consumed alcohol a few days before. |
| 5 | **Special Condition # 1:** Defendant shall participate in a program of testing and treatment for substance abuse as deemed necessary by the U.S. Probation Office. |
| | **Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by attempting to falsify a drug test on February 14, 2023. |
| | On February 14, 2023, Mr. Perez reported to the probation office as instructed by the undersigned officer. During this office visit, Mr. Perez was instructed to complete a drug test. United States Probation Officer (USPO) Dan Manning facilitated this drug test collection. USPO Manning reported he observed Mr. Perez wearing a device to falsify this drug test. At first, Mr. Perez refused to comply with USPO's instructions to remove the device. Mr. Perez was adamant he was not wearing a device and claimed what USPO Manning observed was part of his underwear. Mr. Perez eventually admitted wearing a device with his friend's urine because he had consumed alcohol on this same date. Mr. Perez admitted he did not want to remove the device because he did not want to provide evidence. The device the defendant used to falsify the sample was retrieved and photographed. |
| 6 | **Special Condition # 6:** Defendant shall not consume or possess alcohol and shall not enter establishments where alcohol is the primary item of sale. |
| | **Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by consuming alcohol on or about February 14, 2023. |
| | On February 14, 2023, Mr. Perez, while at the probation office, admitted to the undersigned officer to drinking alcohol on this same date. |
| 7 | **Special Condition # 1:** Defendant shall participate in a program of testing and treatment for substance abuse as deemed necessary by the U.S. Probation Office. |

Prob12C
**Re: Perez, Jesus Alberto**
**February 15, 2023**
**Page 3**

| | |
|---|---|
| 8 | **Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by refusing to complete a valid drug test on February 14, 2023.<br><br>On February 14, 2023, the undersigned officer instructed Mr. Perez to provide a valid sample for drug testing after it was discovered he was wearing a device to try to falsify the drug test, as mentioned in allegation #5, above. Mr. Perez refused to complete the drug test.<br><br>**Standard Condition # 2:** You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by refusing to complete a monthly written supervision report on February 14, 2023.<br><br>On February 14, 2023, Mr. Perez, while at the probation office, was instructed to complete a monthly supervision report. Mr. Perez refused to complete the monthly report. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and to issue a **warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 15, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

2/16/2023
Date