PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: January 23, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jesus Alberto Perez | Case Number: 0980 4:22CR06008-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336 | |

Name of Sentencing Judicial Officer: The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 17, 1999

| | |
|---|---|
| Original Offense: | Ct. 1: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(l) and 846<br>Ct. 2: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(l) and (2)<br>Cts. 12, 13, and 14: Laundering of Monetary Instruments, 18 U.S.C. §§ 1956(a)(1)(A)(I) and 2 |
| Original Sentence: | Prison - 360 months<br>TSR - 60 months |
| Amended Sentence:<br>(August 5, 2015) | Prison-324 months<br>TSR-60 months |
| Asst. U.S. Attorney: | To be assigned |
| Defense Attorney: | To be assigned |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 23, 2021

Date Supervision Expires: December 22, 2026

### PETITIONING THE COURT

To issue a summons.

On December 27, 2021, all the conditions of supervised release were reviewed with Mr. Perez. The defendant verbalized a full understanding of all his supervision conditions and signed a copy of said conditions. Mr. Perez was referred to Merit Resource Services (Merit) for substance abuse treatment and for drug testing.

On February 16, 2022, transfer of jurisdiction from the District of Montana to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime. |

Prob12C
**Re: Perez, Jesus Alberto**
**January 23, 2023**
**Page 2**

        **Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by committing the offense of assault second degree -substantial bodily harm, on or about January 29, 2022.

        On January 29, 2022, at approximately 11:55 p.m., Pasco Police Department Officers responded to a report of a large physical altercation at La Cantina, located at 2735 West Court Street, Pasco, Washington. There were several suspects and two victims. Mr. Perez was identified by security camera footage of the assault as being one of the suspects involved. The footage shows Mr. Perez punch one of the victims in the face repeatedly. The victim's face was covered in blood. The victim sustained several broken bones in his face, around his eye.

        This state matter was filed on December 23, 2022, in Franklin County Superior Court, case number  22-150626-11, and is currently pending.

2        **Standard Condition # 7:** You shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

        **Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by having used a controlled substance, cocaine, on or before November 15, 2022.

        On November 15, 2022, Mr. Perez reported to Merit for drug testing as required. This drug test was presumptive positive for cocaine. Mr. Perez denied any use of cocaine and Merit staff sent this drug test to Abbott Laboratory for confirmation. The probation office later received the drug test report confirming a positive result for cocaine.

        On November 22, 2022, Mr. Perez reported to the probation office as instructed by the undersigned officer. During this office visit, the undersigned officer questioned Mr. Perez about this positive drug test result and he admitted using cocaine on or about November 10, 2022. Mr. Perez signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 23, 2023

        s/Elizabeth Lee

        Elizabeth Lee
        U.S. Probation Officer

Prob12C
Re: Perez, Jesus Alberto
January 23, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/25/2023

Date