PROB 12C
(6/16)

Report Date: March 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Alberto Perez          Case Number: 0980 4:22CR06008-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓  Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 17, 1999

| | |
|---|---|
| Original Offense: | Ct. 1: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and 846<br>Ct. 2: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (2)<br>Cts. 12, 13, and 14: Laundering of Monetary Instruments, 18 U.S.C. §§ 1956(a)(1)(A)(1) and 2 |
| Original Sentence: | Prison - 360 months<br>TSR - 60 months |
| Revocation Sentence (July 18, 2023) | Prison-5 months<br>TSR-55 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Michael Murphy |
| Defense Attorney: | Jennifer Barnes |

Date Supervision Commenced: October 28, 2023
Date Supervision Expires: May 27, 2028

---

### PETITIONING THE COURT

To issue a **warrant**.

On November 9, 2023, all the conditions of supervision were reviewed with Mr. Perez which he verbally acknowledged understanding, and signed a copy of his conditions. He was provided with a signed copy of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by committing the offense of driving under the influence, on or about March 18, 2024. |

Prob12C
**Re: Perez, Jesus Alberto**
**March 18, 2024**
**Page 2**

Per the probable cause statement for case number 24-004983:

On March 18, 2024, at about 1 a.m., Washington State Patrol Trooper Matthew Parham observed a vehicle with no tail lights on traveling northbound on SR 395. The driver was identified as Mr. Perez by his Washington State driver's license. Trooper Parham could smell a strong odor of intoxicants coming from the defendant, his eyes appeared bloodshot, and watery. At this initial contact, Mr. Perez denied drinking alcohol. A male passenger also appeared to be heavily intoxicated and Trooper Parham observed an open Truly Seltzer box at his feet. Mr. Perez was then asked to step out of the vehicle and he participated in a voluntary standardized field sobriety testing, which he agreed to complete. Trooper Parham observed six of the six clues for horizontal gaze nystagmus (HGN), noting Mr. Perez started too soon on the walk and turn, missed heel to toe on all steps, stopped before the test completed, and failed to turn around and walked nine steps backwards. Mr. Perez was unable to successfully complete the one leg stand. Mr. Perez declined to complete a voluntary preliminary breath test (PBT). Mr. Perez was arrested for driving under the influence and he was transported to the Benton County Jail. While at the jail, Mr. Perez agreed to complete a breath test. He provided two samples with results of .116/.116 and .117/.119.

2     **Special Condition # 6:** Defendant shall not consume or possess alcohol and shall not enter establishments where alcohol is the primary item of sale.

**Supporting Evidence**: Jesus Alberto Perez is considered to be in violation of his term of supervised release by consuming alcohol on or about March 18, 2024.

As outlined above, Mr. Perez was charged and arrested for driving while under the influence of alcohol on March 18, 2024. He completed a breath test with results of .116/.116 and .117/.119.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 18, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Prob12C
**Re: Perez, Jesus Alberto**
**March 18, 2024**
**Page 3**

_[signature: Stanley A. Bastian]_

Signature of Judicial Officer

3/19/2024

Date