PROB 12C
(6/16)

Report Date:  April 29, 2024

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2024

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Alberto Perez    Case Number: 0980 4:22CR06008-SAB-1

Address of Offender: ███████████████████ Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 17, 1999

| | |
|---|---|
| Original Offense: | Ct. 1: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and 846 |
| | Ct. 2:  Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§841(a)(1) and (2) |
| | Cts. 12, 13, and 14: Laundering of Monetary Instruments, 18 U.S.C. §§ 1956(a)(1)(A)(1) and 2 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 360 months TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence (July 18, 2023) | Prison-5 months TSR-55 months | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: October 28, 2023 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: May 27, 2028 |

---

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/18/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 7:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Perez is considered to be in violation of his term of supervised release by consuming alcohol on or about April 19, 2024. |

**Prob12C**
**Re: Perez, Jesus Alberto**
**April 29, 2024**
**Page 2**

On April 19, 2024, Mr. Perez reported to the probation office as previously instructed. During this office visit, Mr. Perez completed a drug test as required and this urine sample was sent to Abbott Laboratory for alcohol testing. On April 24, 2024, the probation office received the drug test report from Abbott Laboratory confirming a positive result for alcohol. On this same date, the undersigned officer made telephonic contact with Mr. Perez and advised him of these results. Mr. Perez denied any use of alcohol and claimed this positive result was due to medication. An interpretation request was submitted to Abbott Laboratory on this same date.

On April 26, 2024, the interpretation results letter from Abbott Laboratory were received confirming the drug test result is consistent with Mr. Perez having used alcohol prior to the specimen collected on April 19, 2024, and this result is not due to the medications Mr. Perez reported.

4          **Standard Condition # 4**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Perez is considered to be in violation of his term of supervised release by failing to be truthful to questions asked by the probation officer on or about April 19, 24, and 26, 2024.

As noted above, Mr. Perez reported to the probation office on April 19, 2024, and at that time denied any use of alcohol when questioned by the undersigned officer. Mr. Perez was again questioned by the undersigned officer on April 24, and 26, 2024, and provided with another opportunity to be honest about alcohol use. He continued to deny any use of alcohol.

On April 26, 2024, the probation office received confirmation from Abbott Laboratory which indicated the positive alcohol result for the previous drug test collected on April 19, 2024, was consistent with Mr. Perez consuming alcohol, and not medications. Therefore, Mr. Perez failed to be truthful to the undersigned officer when questioned about alcohol use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    4/29/2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Perez, Jesus Alberto**
**April 29, 2024**
**Page 3**

## THE COURT ORDERS

[ ]     No Action

[ ]     The Issuance of a Warrant

[X]     The Issuance of a Summons

[ ]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.

[ ]     Defendant to appear before the Judge assigned to the
        case.

[X]     Defendant to appear before the Magistrate Judge.

[ ]     Other

_____
Signature of Judicial Officer

_____5/2/2024_____
Date